UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-177-1BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | AMENDED |
| v. | ) | ORDER TO SEAL |
| | ) | |
| AARON ANZALDUA | ) | |

Upon motion of the United States, it is hereby ORDERED that the Government's Motion and Order (Docket No. 26), be sealed until such time as requested to be unsealed by the United States Attorney.

It is FURTHER ORDERED that the Clerk provide a filed copy of the Motion and Order to the United States Attorney's Office and the counsel for defense.

This the 12th day of March, 2012.

_Terrence Boyle_
TERRENCE W. BOYLE
United States District Court Judge